STATE of Missouri, Plaintiff/Respondent,

v.

Jimmie COLE, Defendant/Appellant.

Jimmie COLE, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 61616, 64326.

Missouri Court of Appeals,
Eastern District, Division One.

Oct. 4, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 9, 1994.

Application to Transfer Denied
Dec. 20, 1994.

Henry B. Robertson, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., CRIST, S.J. and CRAHAN, J.

### ORDER

PER CURIAM.

Defendant was convicted by a jury of three counts of rape, § 566.030, RSMo Supp.1992. He was sentenced by the court as a prior and persistent sexual offender to three consecutive thirty year sentences to be served without probation or parole, § 558.018, RSMo Supp.1993. We affirm.

We have reviewed the record and find the claims of error are without merit; the judgment of the motion court is based on findings of fact that are not clearly erroneous. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum

for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rules 30.25(b) and 84.16(b).